# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:06-CR-00136-LRS-1 |
| Jamonte C. Davidson ) | USM No. 11722-085 |

01/25/2008
Date of Previous Judgment

Kathleen Moran
Defendant's Attorney

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 192 months **is reduced to** 186 months.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: 192 months      Amended Sentence: 186 months
Previous Supervised Release Term Imposed: 5 years      Amended Supervised Release Term: 5 years
Previous Underlying Sentence Imposed:      Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**II. ADDITIONAL COMMENTS:**
☐ Waiver of Appearance of Defendant for resentencing hearing (attached).

Except as provided above, all provisions of the judgment dated 01/25/2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: March 27, 2019

*/s/ Lonny R. Suko*
Judge's Signature

Lonny R. Suko